UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO JUAN FRANCESCHI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-11125-IT |
| | * | |
| CAROLYN W. COLVIN, ACTING | * | |
| COMMISIONER OF SOCIAL SECURITY, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 23, 2016

TALWANI, D.J.

After considering the Magistrate Judge's August 30, 2016, Report and Recommendation [#22], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#22] for the reasons set forth therein. Plaintiff's Motion for Order Reversing Decision of Commissioner [#15] is ALLOWED and Defendant's Motion to Affirm Decision of Commissioner [#19] is DENIED. This matter is remanded to the ALJ for further proceedings consistent with the Magistrate Judge's Report and Recommendation [#22].

IT IS SO ORDERED.

September 23, 2016                                /s/ Andrea Talwani
                                                  United States District Judge